SEARCY AND WIFE V. J. A. MEALLER.

(No. 1734, Op. Book No. 2, p. 106.)

APPEAL from Bell County. Opinion by WALKER, A. S., J.

§ 929. *Married woman; liability of, for debts.* To bind the wife by a personal judgment, the plaintiff must allege and prove that the debt sued for was contracted by the wife, was reasonable and proper for necessaries furnished herself and children, or for expenses incurred by her for the benefit of her separate property. [Pas. Dig. 4643, 4644; R. S. 2854, 2855; McGee v. White, 23 Tex. 180; Hutcheson v. Underwood, 27 Tex. 256; Wallace v. Finberg, 46 Tex. 44.]

June 23, 1880.               Reversed and remanded.